IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 07-20 |
| v. | ) |
| | ) |
| MARKUS ANTONIO PEREZ-VASQUEZ | ) |

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Michael L. Ivory, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrant issued pursuant to said Indictment.  In further support of this Motion, the United States avers as follows:

   1.   On January 16, 2007, an Indictment was returned by the Grand Jury charging the above-named defendant with violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii) and 841(b)(1)(A)(iii), and Title 18, United States Code, Section 924(c)(1)(A)(i).  An Arrest Warrant was issued pursuant to said Indictment.

   2.   On January 16, 2007, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrant, together with

the Motion to Seal, until further Order of Court.

3. On March 13, 2007, defendant, Markus Antonio Perez-Vasquez, was brought from state custody on a writ for an initial appearance on the instant charge.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrant issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrant issued pursuant to the Indictment.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: *Michael Ivory*
MICHAEL L. IVORY
Assistant U.S. Attorney
PA ID No. 59296