IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>MARKUS ANTONIO PEREZ-VASQUEZ ) | Crim. No. 7-20 |

ORDER AMENDING JUDGMENT TO REDUCE SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(2)

AND NOW, this 30th day of March, 2015, it is Ordered that the Judgment [54] entered on December 6, 2007 and previously amended on January 4, 2012 [87] is hereby amended under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).  Upon consideration of Defendant's unopposed motion to reduce sentence and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, it is hereby Ordered that Defendant's sentence at Count 2 is reduced from 77 months to 63 months of imprisonment.  Accordingly, because Defendant has a consecutive term of 60 months imprisonment imposed at Count 3, the Judgment is hereby amended to reflect a total reduced term of 123 months imprisonment.

If the amount of time the defendant has served as of November 1, 2015 exceeds the reduced sentence stated in this Order, the sentence is instead reduced to a sentence of time served as of November 1, 2015.

In all other aspects, the Judgment [54] remains in full force and effect.

BY THE COURT:

*Donetta W. Ambrose*
Donetta W. Ambrose
Senior Judge, U.S. District Court