IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
    Plaintiff, )
     )
v. ) Criminal No. Criminal No. 2:07-20
     )
MARKUS ANTONIO PEREZ-VASQUEZ, )
    Defendant. )

### ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Before the Court is Defendant's motion to terminate his term of supervised release pursuant to 18 U.S.C. §3583(e). Upon considering his arguments, the arguments of the government, the position of the Probation Department, and the relevant sentencing factors in §3553(a), defendant's motion is ~~GRANTED~~ *Denied* and is discharged from all further supervision.

Dated: 4/10/20

*The factors set forth at 18 U.S.C. § 3583(e)(1) do not support the early termination of supervised release. The defendant has not complied with all of the conditions of his release and the Probation Officer opposes his request. Consequently, the Motion is denied.*

*/s/ Donetta W. Ambrose*

Donetta W. Ambrose
United States District Judge

14